# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10959-ELF

IVOR ASSAYE

2450 78TH AVENUE

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  IVOR ASSAYE

  2450 78TH AVENUE

  PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

  GEORGETTE MILLER
  335 EVESHAM AV

  LAWNSIDE, NJ 08045-

Date: 4/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee