IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: IVOR ASSAYE )<br>**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** )<br> )<br> )<br>  v. )<br> )<br> )<br>IVOR ASSAYE )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br>_____ ) | CHAPTER 13<br><br>CASE NO. 18-10959 (ELF)<br><br>HEARING DATE: **6-19-18 at 9:30 AM**<br><br><br>11 U.S.C. 362 |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

   Credit Acceptance Corporation has filed a Motion For Relief From The Automatic Stay with the Court for relief from the automatic stay of 11 U.S.C. 362.

   **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

   1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before **June 8, 2018**  you or your attorney must do all of the following:

(a) file an answer explaining your position at:
United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

   If you mail an answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:
Morton & Craig LLC
**Attn.: William E. Craig, Esquire**
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **June 19, 2018 at 9:30 am** in Courtroom number **1**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  5/24/18

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney for Credit Acceptance Corporation