# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10959-ELF

IVOR ASSAYE

2450 78TH AVENUE

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    IVOR ASSAYE

    2450 78TH AVENUE

    PHILADELPHIA, PA 19150

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 5/29/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee