Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　　　IVOR ASSAYE<br>　　　　　　　DEBTOR | CHAPTER: 13 |
| M&T BANK<br>　　　　　MOVANT | BANKRUPTCY CASE: 18-10959-ELF |
| V. | JUDGE: ERIC L. FRANK |
| IVOR ASSAYE<br>　　　　　DEBTOR | |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this __26th__ day of __July__, 2018, upon consideration of the Stipulation between Debtor and M&T Bank (Doc. # 41), it is hereby **ORDERED** and that the Stipulation is **APPROVED** and made an Order of the Court.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**