# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ivor Assaye<br>            Debtor<br><br>Lakeview Loan Servicing, LLC<br>            Movant<br>    vs.<br><br>Ivor Assaye<br>            Respondent | CHAPTER 13<br><br>NO. 18-10959 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Lakeview Loan Servicing, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about March 22, 2018 (Document No. 16).

    Respectfully submitted,

    **/s/ Kevin G. McDonald, Esquire**
    Kevin G. McDonald, Esquire
    Attorney for Movant
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

October 2, 2018