IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: IVOR ASSAYE<br>**Debtor(s)** | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | CASE NO. 18-10959 (ELF) |
| | HEARING DATE: **1-15-19 at 9:30 AM** |
| v. | |
| IVOR ASSAYE<br>**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and withdrawal of the response thereto;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2009 Acura TSX** bearing vehicle identification number JH4CU26669C037105 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 1/15/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**