# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-10959-ELF

IVOR ASSAYE

2450 78TH AVENUE

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  IVOR ASSAYE

  2450 78TH AVENUE

  PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

  GEORGETTE MILLER
  335 EVESHAM AV

  LAWNSIDE, NJ 08045-

Date: 9/6/2019

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee