**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Ivor Assaye                                          CHAPTER 13

    DEBTOR(S)                                           BANKRUPTCY NO: 18-10959

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on December 31, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated:  January 20, 2020
                                                       /s/ Georgette Miller
                                                       Georgette Miller
                                                       Law Offices of Georgette Miller Esq., P.C
                                                       335 Evesham Avenue
                                                       Lawnside, NJ 08045
                                                       856-323-1100
                                                       Bar I.D. 86358
                                                       Attorney for Debtor(s)

{00364692;v1}