United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10959-elf
Ivor Assaye                                                               Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1           Date Rcvd: Jan 30, 2020
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db              +Ivor Assaye,    2450 78th Avenue,    Philadelphia, PA 19150-1825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
           bkecf@sterneisenberg.com
          GEORGETTE MILLER    on behalf of Debtor Ivor  Assaye info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Ivor Assaye** | : | **Chapter 13** |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 18-10959** |

### ORDER TO ALLOW COUNSEL FEES

      **AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

      It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation  of $6289.00 and $861.00 in expenses are **ALLOWED** to the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $250.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date:  1/30/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

{00364691;v1}