THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ivor Assaye | : | BK. No. 18-10959 |
| Debtor. | : | Chapter No. 13 |
| | : | 11 U.S.C. §362 |
| | : | |
| Lakeview Loan Servicing, LLC | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Ivor Assaye and William C. Miller, Esq., Trustee, | : | |
| Respondents. | | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Motion for Relief from the Automatic Stay and Debtor's Response in Opposition thereto, it is hereby ORDERED that Movant's Motion for Relief from the Automatic Stay is DENIED.

BY THE COURT:

_____

United States Bankruptcy Judge