**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Ivor Assaye** | : | **BK. No. 18-10959** |
| **Debtor.** | : | **Chapter No. 13** |
| | : | **11 U.S.C. §362** |
| **Lakeview Loan Servicing, LLC** | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Ivor Assaye and William C. Miller, Trustee,** | : | |
| **Respondents.** | : | |

**DEBTOR'S RESPONSE IN OPPOSITION TO MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY**

COMES NOW, Debtor by and through his duly authorized undersigned counsel, and hereby respectfully represents as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied as a conclusion of law to which no response is necessary. Debtor believes a stipulation will resolve the issue. Debtor requests an updated payment history.

7. Denied as a conclusion of law to which no response is necessary.

8. Denied as a conclusion of law to which no response is necessary.

9. Denied as a conclusion of law to which no response is necessary. Debtor requests legal fees to be reduced.

**WHEREFORE**, Debtor respectfully request that this Court enter an Order denying Movant's Motion.

March 24, 2020　　　　　　　　　　　　Law Offices of Georgette Miller, Esq., P.C.

　　　　　　　　　　　　　　　　　　<u>By: /s/ Michelle Lee</u>
　　　　　　　　　　　　　　　　　　Michelle Lee, Esq.
　　　　　　　　　　　　　　　　　　Law Offices of Georgette Miller & Associates, P.C.
　　　　　　　　　　　　　　　　　　119 S. Easton Road
　　　　　　　　　　　　　　　　　　Glenside, PA 19038