**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Ivor Assaye <br>       Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br>       Movant <br> vs. | NO. 18-10959 ELF |
| Ivor Assaye <br>       Debtor | |
| Carlotta Assaye <br>       Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esquire <br>       Trustee | |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or before April 30, 2020, the Debtors shall make a down payment in the amount of $2,096.50, which represents monthly mortgage payments from February 1, 2020 to April 1, 2020 in the amount of $860.00 each, less a suspense balance of $483.50.

2. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due May 1, 2020 in the amount of $860.00.

3. In the event that the payments under Section 2 above are not tendered, the Movant shall notify Debtor(s) and Debtor(s) attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant immediate relief from the automatic stay, under which the stay provided by Bankruptcy Rule 4001(a)(3) is waived.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

Date: March 31, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 4/16/2020

/s/ Georgette Miller
Georgette Miller, Esquire
Attorney for Debtor

Date: 4/17/2020

/s/LeRoy Wm Etheridge, Esq. for
William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any
trustee rights and remedies.

Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank