# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 18-10959-ELF

IVOR ASSAYE

2450 78TH AVENUE

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

IVOR ASSAYE

2450 78TH AVENUE

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-

Date: 6/17/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee