**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 BANKRUPTCY |
| | ) | |
| Ivor Assaye | ) | CASE NO: **18-10959** |
| | ) | |
| | ) | |
| **DEBTOR(S)** | ) | |

**NOTICE**

Debtor Ivor Assaye has filed the attached Motion to Modify with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you want the court to consider your views on the Motion, then on or before 8/30/2021 you or your attorney must:

File with the court a written response at:

    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA  19107
    Attn: Bankruptcy Clerk

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to:

Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W., Ste. 400E
Philadelphia, PA 19106

    You or your attorney must attend the hearing scheduled for **9/28/2021 at 10AM** **via TELEPHONE CONFERENCE**. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 8/16/2021                        /s/ Michelle Lee
                                       Michelle Lee, Esquire
                                       Margolis Edelstein
                                       170 S Independence Mall W., Ste. 400E
                                       Philadelphia, PA 19106
                                       mlee@margolisedelstein.com