United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Ivor Assaye

    Debtor

Case No. 18-10959-elf

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ivor Assaye, 2450 78th Avenue, Philadelphia, PA 19150-1825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2021 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2021 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2021 00:15:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:27:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T Bank, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Suite 200, Warrington |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021          Signature:     /s/Joseph Speetjens

District/off: 0313-2                                        User: admin                                                    Page 2 of 2

Date Rcvd: Sep 29, 2021                                  Form ID: pdf900                                          Total Noticed: 6

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor M&T Bank cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| GEORGETTE MILLER | on behalf of Debtor Ivor Assaye Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KEVIN G. MCDONALD | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| **IVOR ASSAYE,** | : | |
| Debtor | : | Bky. No.  18-10959 ELF |

# O R D E R

      **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

      It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #107) is **APPROVED**.

Date:  **September 29, 2021**

                             **ERIC L. FRANK**
                             **U.S. BANKRUPTCY JUDGE**