*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ivor Assaye
    Debtor(s)

Case No: 18–10959–elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by DANIEL P. JONES on behalf of M&T Bank

    on: 3/15/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/4/22

Timothy B. McGrath
Clerk of Court

119 – 117
Form 167