United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10959-elf

Ivor Assaye  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: 167 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ivor Assaye, 2450 78th Avenue, Philadelphia, PA 19150-1825 |
| 14055040 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14055042 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14055046 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14055047 | + | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14055049 | + | Tribute, Pob 105555, Atlanta, GA 30348-5555 |
| 14055043 | ++ | WACHOVIA BANK NA, MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR, DES MOINES IA 50328-0001 address filed with court:, Homeq Servicing, Po Box 13716, Sacramento, CA 95853 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 04 2022 23:48:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 23:54:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14087664 | + | Email/Text: g20956@att.com | Mar 04 2022 23:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14055035 | + | Email/Text: EBNProcessing@afni.com | Mar 04 2022 23:48:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14170379 | | Email/Text: megan.harper@phila.gov | Mar 04 2022 23:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14055036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2022 23:54:12 | Capital One, Po Box 26625, Richmond, VA 23261-6625 |
| 14055038 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 04 2022 23:48:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14055231 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 04 2022 23:48:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14055039 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2022 23:54:12 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14055041 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2022 23:48:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14055037 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2022 23:54:12 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14077478 | | Email/Text: camanagement@mtb.com | Mar 04 2022 23:48:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: 167 | Total Noticed: 26 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14055044 | | Email/Text: camanagement@mtb.com | Mar 04 2022 23:48:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14094611 | | Email/Text: camanagement@mtb.com | Mar 04 2022 23:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14055045 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2022 23:48:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14085375 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2022 23:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14055425 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2022 23:54:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14066877 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14055048 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 23:54:17 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Suite 200, Warrington |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022                      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor M&T Bank cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor M&T Bank djones@sterneisenberg.com bkecf@sterneisenberg.com |
| GEORGETTE MILLER | on behalf of Debtor Ivor Assaye Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 04, 2022 | Form ID: 167 | Total Noticed: 26 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ivor Assaye
    Debtor(s)

Case No: 18−10959−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by DANIEL P. JONES on behalf of M&T Bank

    on: 3/15/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/4/22

Timothy B. McGrath
Clerk of Court

119 − 117
Form 167