**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Ivor Assaye<br>　　　　　Debtor(s) | Chapter 13<br><br>Case Number: 18-10959-elf |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

　　　　　M&T Bank (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certification of Default filed on or about 03/01/2022 , without prejudice.

Date: March 15, 2022　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/  Daniel P. Jones
　　　　　　　　　　　　　　　　　　　　　Daniel P. Jones   FBN: 321876
　　　　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 572-8111
　　　　　　　　　　　　　　　　　　　　　Fax: (215) 572-5025
　　　　　　　　　　　　　　　　　　　　　djones@sterneisenberg.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: March 15, 2022

Georgette Miller
170 S. Independence Mall W
Suite 400
Philadelphia, PA 19106
mlee@margolisedelstein.com
**Counsel for Debtor**

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Ivor Assaye
2450 78th Avenue
Philadelphia, PA 19150
**Debtor(s)**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, P.C.
djones@sterneisenberg.com
Counsel for Movant