**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ivor Assaye | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 18-10959 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on <u>February 12, 2023,</u> as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: March 6, 2023                                /s/ Michelle Lee, Esq.
                                                    Michelle Lee
                                                    Dilworth Paxson LLP
                                                    1500 Market Street, Suite 3500E
                                                    Philadelphia, PA 19102