Certificate Number: 15317-PAE-DE-037903132

Bankruptcy Case Number: 18-10959



15317-PAE-DE-037903132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2023</u>, at <u>4:23</u> o'clock <u>PM PDT</u>, <u>Ivor Assaye</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   November 1, 2023           By:   /s/Rowela Bagac

                                   Name: Rowela Bagac

                                   Title: Counselor