# UNITED STATES BANKRUPTCY COURT

## Eastern District Of Pennsylvania

In re  Ivor Assaye                                                                 Case No. 18-10959
                    Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[✓]  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II If you checked the second box, you must provide the information below.*

My current address:




My current employer and my employer's address:

Hospital of the University of Pennsylvania

3400 Spruce St.

Phila. PA 19104

B2830 (Form 2830)

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(0(4 and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __10 · 16 2023__        _____/s/ Ivor Assay/_____
             Date                              Debtor

Executed on _____        _____
             Date                              Debtor

* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Commonwealth of Pennsylvania - Notary Seal
Esmond Arthur Garnett, Notary Public
Philadelphia County
My commission expires February 12, 2024
Commission number 1365999
Member, Pennsylvania Association of Notaries

_Esmond A. Garnett_