United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10959-pmm |
| Ivor Assaye | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ivor Assaye, 2450 78th Avenue, Philadelphia, PA 19150-1825 |
| 14055042 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14055043 | ++ | WACHOVIA BANK NA, MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR, DES MOINES IA 50328-0001 address filed with court:, Homeq Servicing, Po Box 13716, Sacramento, CA 95853 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14087664 | + | Email/Text: g20956@att.com | Nov 23 2023 00:22:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14055035 | + | Email/Text: EBNProcessing@afni.com | Nov 23 2023 00:22:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14170379 | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14055036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2023 00:31:19 | Capital One, Po Box 26625, Richmond, VA 23261-6625 |
| 14055038 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2023 00:22:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14055231 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2023 00:22:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14055039 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2023 00:31:02 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14055040 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 23 2023 00:22:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14055041 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2023 00:22:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14055037 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2023 00:31:12 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14077478 | | Email/Text: camanagement@mtb.com | Nov 23 2023 00:22:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14055044 | | Email/Text: camanagement@mtb.com | Nov 23 2023 00:22:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14094611 | | Email/Text: camanagement@mtb.com | Nov 23 2023 00:22:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 14055045 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

|  |  |  | Nov 23 2023 00:22:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
|---|---|---|---|---|
| 14085375 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2023 00:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14055425 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2023 00:31:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14066877 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14055046 | + | Email/Text: bankruptcy1@pffcu.org | Nov 23 2023 00:22:00 | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14055047 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 23 2023 00:22:00 | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14055048 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2023 00:31:17 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14055049 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 23 2023 00:22:00 | Tribute, Pob 105555, Atlanta, GA 30348-5555 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor M&T Bank christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com

DANIEL P. JONES
    on behalf of Creditor M&T Bank djones@sterneisenberg.com  bkecf@sterneisenberg.com

GEORGETTE MILLER
    on behalf of Debtor Ivor Assaye bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Nov 22, 2023 Form ID: 138OBJ Total Noticed: 25

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LakeView Loan Servicing LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ivor Assaye

    Debtor(s)

Case No: 18−10959−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/23

135 − 134
Form 138OBJ